# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>       v.<br><br>GUILLERMO LOPEZ-CRUZ (1),<br><br>                   Defendant. | Criminal Case No. 13CR2190-BEN<br><br>ORDER |

     No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count 1 of the Information.

DATED: June 25, 2013

_____
Hon. Roger T. Benitez
United States District Judge

13CR2190-BEN